# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FREDDIE MOHLKE                                                                          PLAINTIFF

v.                                          No. 4:10CV01995 JLH

METROPOLITAN LIFE INSURANCE COMPANY                                DEFENDANT

## ORDER

Without objection, plaintiff's motion to stay the briefing schedule is GRANTED. Document #17. The briefing schedule is hereby stayed for a period of 90 days so that the parties may discuss possible settlement of this matter.

IT IS SO ORDERED this 26th day of April, 2011.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE