IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FREDDIE MOHLKE                                                                                           PLAINTIFF

v.                                       No. 4:10CV01995 JLH

METROPOLITAN LIFE
INSURANCE COMPANY                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of Metropolitan Life Insurance Company discontinuing the long-term disability benefits of Freddie Mohlke is affirmed. The complaint of Freddie Mohlke is dismissed with prejudice.

IT IS SO ORDERED this 28th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE